| | | | |
|---|---|---|---|
| Keith v. W.C.A.B. (SEPTA) [69] | 07/27/2016 | 108 EAL (2016) | Denied |
| Kretschmann Farm, LLC v. Township of New Sewickley | 08/03/2016 | 56 WAL (2016) | Denied | Pa.Super., 131 A.3d 1044 |
| Petsinger v. Pennsylvania Dept. of Labor and Industry, Bureau of Labor Law Compliance [70] | 07/27/2016 | 201 MAL (2016) | Denied | No. 1842 CD 2015 |
| Richard Allen Preparatory Charter School v. School Dist. of Philadelphia [71] | 07/27/2016 | 561–568 EAL (2015) | Denied | Pa.Super., 123 A.3d 1101 |

**69.** Justice MUNDY did not participate in the consideration or decision of this matter.

**70.** Justice MUNDY did not participate in the consideration or decision of this matter.

**71.** Justice MUNDY did not participate in the consideration or decision of this matter.